HOBBY *v*. THE STATE.

BY THE COURT. This case being for decision by a full bench of six Justices, who are evenly divided in opinion, the judgment of the court below stands affirmed by operation of law.

Submitted October 21, — Decided November 15, 1901.

Conviction of manslaughter. Before Judge Holden. Burke superior court. June 15, 1901.

*E. H. Callaway*, for plaintiff in error.
*J. S. Reynolds*, solicitor-general, contra.